UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RODNEY UNDERWOOD, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-4405 |
| § | |
| COMMUNITY LOAN SERVICING, LLC, § | |
| § | |
| Defendant. § | |
| § | |

# FINAL JUDGMENT

Plaintiff Rodney Underwood brought this suit against Defendant Community Loan Servicing, LLC in Texas state court, and Defendant then removed it to this Court. ECF No. 1. Defendant moved to dismiss. ECF No. 24. At a hearing on May 07, 2024, the Court granted Defendant's Motion to Dismiss and dismissed the claims with prejudice.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th day of May, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE