

# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
Certified order issued Jul 25, 2024

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Courts
Southern District of Texas
FILED
*July 25, 2024*
Nathan Ochsner, Clerk of Court

No. 24-20250

---

RODNEY UNDERWOOD,

*Plaintiff—Appellant,*

versus

COMMUNITY LOAN SERVICING, L.L.C.,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-4405

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 25, 2024, for want of prosecution. The appellant failed to timely file a transcript order form.

No. 24-20250

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 25, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 24-20250    Underwood v. Community Loan Svc
                             USDC No. 4:23-CV-4405

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        */s/ Melissa Mattingly*
                                        By: _____
                                        Melissa V. Mattingly, Deputy Clerk
                                        504-310-7719

cc w/encl:
     Mr. Marc Daniel Cabrera
     Ms. Elizabeth Hayes
     Mr. Brendan Ian Herbert
     Mr. Rodney Underwood